# Third District Court of Appeal

## State of Florida

Opinion filed May 6, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D26-0203
Lower Tribunal No. F10-4216
_____


**Pablo Guzman,**
Appellant,

vs.

**State of Florida,**
Appellee.


An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Miguel de la O, Judge.

Pablo Guzman, in proper person.

James Uthmeier, Attorney General, and Richard L. Polin, Chief Assistant Attorney General, for appellee.


Before SCALES, C.J., and LOGUE and LOBREE, JJ.

PER CURIAM.

Affirmed.